UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| David Chang, | CIVIL 06-350 PAM/JSM |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Medtronic, Inc., et al., | |
| Defendants. | |

------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: May   23  , 2006

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court